United States District Court
Southern District of Texas
**ENTERED**
November 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DOMIQUE D. DAVIS,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Case No. 4:23-cv-03087 |
| § | | |
| **KILOLO KIJAKAZI,** § | | |
| **Acting Commissioner of Social Security,** § | | |
| Defendant. § | | |

## ORDER

Pending before the Court is Defendant's Unopposed Motion to Extend Deadline for Filing Answer and/or Transcript (Doc. 6). IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until December 15, 2023, to file her answer and/or certified administrative transcript, or to otherwise respond to Plaintiff's complaint.

Dated this __15th__ day of __November__.

Sam Sheldon
United States Magistrate Judge